UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
- BROWNSVILLE DIVISION -

| DORA HERNANDEZ | § | |
| :--- | :--- | :--- |
| *Plaintiff* | § | |
| | § | |
| | § | |
| vs. | § | CIVIL ACTION B-08-CV-498 |
| | § | *(JURY DEMAND)* |
| KEPPEL AMFELS | § | |
| | § | |
| *Defendant* | § | |

## NOTICE OF SETTLEMENT

TO THE HONORABLE JUDGE OF SAID COURT:

    NOW COMES DORA HERNANDEZ, and advise the court the above captioned case settled on February 12, 2010.

    Respectfully submitted,

**RUIZ LAW FIRM, P.L.L.C.**
200 East Cano
Edinburg, TX 78539
Telephone: (956) 259-8200
Telecopier: (956) 259-8203

BY:     /s/
       Mauro F. Ruiz
       Federal I.D. No. 23774
       State Bar No. 24007960

**ATTORNEYS FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

      I hereby certify that on **February 22, 2010,** a true and correct copy of the above and foregoing document was delivered to opposing counsel, to-wit:

Mr. Eddie E. Sikes
Mr. Robert L. Guerra, Jr.
**ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.**
55 Cove Circle
Brownsville, Texas 78521

                                                _____/s/_____
                                                     Mauro F. Ruiz